**SKOLOFF & WOLFE, P.C.**
Jonathan W. Wolfe
Jane J. Felton
293 Eisenhower Parkway
Livingston, New Jersey 07039
(973) 992-0900
Attorneys for Credit Suisse Securities (USA) LLC

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PATIENT CARE ASSOCIATES, LLC a/s/o K.C. and G.T.,<br><br>Plaintiff(s),<br><br>v.<br><br>CREDIT SUISSE; ABC CORP. (1-10) (Said names being fictitious and unknown entities)<br><br>Defendant(s). | Civ. No. 2:13-cv-01547-CCC-JAD<br><br>ECF CASE<br><br>**REQUEST BY LOCAL COUNSEL FOR *PRO HAC VICE* ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION** |

Request is hereby made by local counsel for defendant Credit Suisse Securities (USA) LLC for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

1.  An order of the Court granting a motion for Ariel Cannon and David Marden to appear *pro hac vice* in the within matter has been entered; and

2   The Admission Fee, in the amount of $150 per attorney admitted, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court by way of a check for $300 made out to "Clerk, USDC," sent on March 28, 2013 by Federal Express overnight delivery to the Office of the Clerk, United States District Court, U.S. Courthouse, 50 Walnut Street, Newark, NJ 07102.

Relevant information for Ms. Cannon and Mr. Marden is as follows:

Ariel P. Cannon
Dewey Pegno & Kramarsky LLP
777 Third Avenue,
New York, NY 10017
(212) 943-9000 x128
acannon@dpklaw.com

David C. Marden
Dewey Pegno & Kramarsky LLP
777 Third Avenue
New York, NY 10017
(212) 943-9000 x106
dmarden@dpklaw.com

Respectfully submitted,

SKOLOFF & WOLFE, P.C.

By: _Jane Felton_

Jane J. Felton

293 Eisenhower Parkway
Livingston, NJ  07039
(973) 992-0900 (Telephone)
(973) 992-0301 (Facsimile)

OF COUNSEL:

Ariel P. Cannon
David C. Marden
DEWEY PEGNO & KRAMARSKY LLP
777 Third Avenue -- 37th Floor
New York, NY  10017
(212) 943-9000 (Telephone)
(212) 943-4325 (Facsimile)

*Attorneys for Defendant Credit Suisse Securities
(USA) LLC*

March 29, 2013